**Order entered January 18, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01518-CV

**CUDD PRESSURE CONTROL, INC. AND CUDD PUMPING SERVICES, INC.,**
**Appellants**

**V.**

**EXCO RESOURCES, INC. AND EXCO OPERATING COMPANY, LP, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06427**

## ORDER

Before the Court is appellants' unopposed motion to remove case from expedited docket.

We **GRANT** appellants' motion.

We **DIRECT** the Clerk of the Court to remove the accelerated designation from this

appeal. The clerk's record is due January 26, 2017. TEX. R. APP. P. 35.1(a).

/s/      ELIZABETH LANG-MIERS
          JUSTICE